**Order entered February 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00450-CV

### CHRISTOPHER GANNON, Appellant

### V.

### JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-15791**

## ORDER

Before the Court is appellee's February 8, 2013 motion to dismiss. Appellee contends the Court should dismiss the appeal because appellant has failed to file a brief. Appellee filed a response asking that the Court not dismiss his appeal.

On December 10, 2012, appellant filed a brief. The brief was mistakenly filed in as a letter instead of a brief. The brief is deficient. On February 25, 2013, the Court sent appellant a letter identifying the deficiencies and requesting that he file an amended brief that complies with rule of appellate procedure 38.1 within ten days. *See* TEX. R. APP. P. 38.1. Accordingly, we **DENY** appellee's motion to dismiss the appeal for want of prosecution.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE